AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

SAMUEL CHESNEY,

     Plaintiff,

V.

MIKE BRADLEY, individually and in his official capacity as Food Service Manager III for the Nevada State Prison, , et al.,

     Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:06-CV-00700-ECR-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion for Summary Judgment (#28) is **GRANTED** as to Defendant Coleman.  Judgment is entered in favor of all defendants and against Plaintiff.

  March 3, 2009                                  **LANCE S. WILSON**
                                                          Clerk

                                                           /s/ D. R. Morgan
                                                          Deputy Clerk